UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK						DATE: June 6, 2016

JUDGE:  Susan D. Wigenton

COURT REPORTER:  Carmen Liloia

DEPUTY CLERK:  Carmen D. Soto

Title of Case:						Docket #:  14-CR-400

U.S.A. v. AARON BELLAMY

**Appearances:**
Jihee G. Suh, AUSA for the Govt
Peter Carter, Esq. for the Dft (AFPD)

Nature of Proceeding:  **VIOLATION OF SUPERVISED RELEASE HEARING**

**PLEA:**
Deft sworn.
Deft plead guilty to Violation #2.

**SENTENCING:**
Supervised release imposed on 4/24/07 is revoked.
Deft sentenced to 8 months imprisonment to run consecutively to any previous state or federal imposed sentence;
1 year supervised release;
Special conditions:
   1) Alcohol/Drug Testing and Treatment
   2) Mental Health Treatment

Govt moves to dismiss Violation #1;
Ordered Violation #1 dismissed;
Ordered deft remanded.

Time Commenced:   11:30 a.m.
Time Concluded:   11:50 a.m.
Total Time:       20 mins.

Cc: Chambers

						Carmen D. Soto
						Deputy Clerk